UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RONDAL M CORNELL,

    Plaintiff,

v.

Civil Action 2:11-cv-00097
Judge Edmund A. Sargus
Magistrate Judge E.A. Preston Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of the January 9, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 13.) The Magistrate Judge recommended that the Court remand this case for further consideration consistent with the Report and Recommendation.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 17, ECF No. 13.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, this

case is **REMANDED** to the Commissioner for further consideration consistent with the Report and Recommendation.

   **IT IS SO ORDERED.**


2-9-2012
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2