AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONDAL M. CORNELL,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

CASE NO. C2-11-097

**COMMISSIONER OF**     JUDGE EDMUND A. SARGUS, JR.
**SOCIAL SECURITY,**     MAGISTRATE JUDGE E. A. PRESTON DEAVERS

        **Defendant.**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Order filed February 9, 2012, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.

Date: February 9, 2012         JAMES BONINI, CLERK

        /S/ Andy F. Quisumbing
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk